UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EMERSON ARIEL GONZALEZ MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondent. | No. 6:26-CV-489-CRW-DNM |

**ORDER**

On October 2, 2026, Respondents informed the Court that Gonzalez Martinez has been granted voluntary departure. Dkt. No. 4. Therefore, the petition for writ of habeas corpus is now moot.

**IT IS THEREFORE ORDERED** that Gonzalez Martinez's petition (Dkt. No. 1) is **DISMISSED AS MOOT.**

**SIGNED** on October 5, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE